REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                U.S. District Court

**Place of Offense:**                  Under Seal:Yes X_ No ___    Judge Assigned: _____**Allen**_____

City _____Superseding Indictment    yes____ **Criminal Number:**4:23CR54_____

County/Parish Newport News Same Defendant _____ Yes_____

Magistrate Judge Case Number _____**Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes __ No X_ FBI # _____

Def
**Defendant Name:** CORTEZ DAYSHAWN     Alias
BUMPHUS_____ Name(s) Co _____

**Address:** _____

**Employment:** _____

Def
Birth date 09/92 ___ SS# 9752_____ Sex M Race  Black ___ Nationality  US _____ Place of Birth US _____

Height _____ Weight ____ HairBLACK___ EyesBR____ Scars/Tattoos _____

Interpreter:X_ No ____Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

_X_Already in State Custody ___On Pretrial Release ___Not in Custody

X_ Arrest Warrant Requested ___Fugitive ___Summons Requested

___Arrest Warrant Pending X_ Detention Sought ___Bond _____

**Defense Counsel Information:**

Name: _____ _____Court Appointed

Address: _____ _____Retained

Telephone:_____ _____Public Defender

_____ _____Office of Federal Public Defender should not be appointed due to conflict of interest

_____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt_____ Telephone No:  591-4000_____ Bar #35765_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 848 | CCE | 1 | felony |
| Set 2 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 3 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 4 | 21 USC 841 | PWID cocaine fentanyl marijuana | 9 | felony |
| Set 5 | 18 USC 922(g)(1) | Felon in possession | 10 | felony |
| Set 6 | 18 USC 924(c) | Firearm in furtherance | 11 | felony |

| Set 7 | 21 USC 856 | Maintaining drug premises | 12 | felony |
| Set 8 | 21 USC 843(b) | Use communication facility | 13 | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                               U.S. District Court

**Place of Offense:**           Under Seal:Yes X   No _____   **Judge Assigned:** _____ **Allen** _____

City _____ Superseding Indictment   yes _____   **Criminal Number:** 4:23CR54 _____

County/Parish  Newport News   Same Defendant _____   Yes _____

Magistrate Judge Case Number _____   **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X ___ FBI # _____

Defendant Name: DONTAE LAMONT DOZIER            **Alias Name(s)** 2 CHAINS _____

**Address:** _____

**Employment:** _____

Birth date 12/1987   SS# 5491 ___ Sex M  Race  Black ___ **Nationality**  US _____  **Place of Birth** US _____

Height _____ Weight _____ HairBLACK ___ EyesBR ___  **Scars/Tattoos** _____

Interpreter:X  No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

X  Arrest Warrant Requested    ___Fugitive              ___Summons Requested

___Arrest Warrant Pending    X  Detention Sought       ___Bond _____

**Defense Counsel Information:**

Name: _____    _____Court Appointed

Address: _____    _____Retained

Telephone: _____    _____Public Defender

_____    X _____Office of Federal Public Defender should not be appointed due to conflict of interest

_____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____   Telephone No:  591-4000 _____   Bar #35765 _____

**Complaint Agency, Address & Phone Number  or Person & Title:**

FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section   | Description of Offense Charged          | Count(s) | Capital/Felony/Misd/Petty |
|-------|----------------|------------------------------------------|----------|----------------------------|
| Set 1 | 21 USC 848     | CCE                                      | 1        | felony                     |
| Set 2 | 21 USC 846     | Consp to Dist cocaine, marijuana fentanyl | 2        | felony                     |
| Set 3 | 18 USC 1956(h) | Consp to launder money                   | 3        | felony                     |
| Set 4 | 21 USC 841     | PWID cocaine fentanyl marijuana          | 4        | felony                     |
| Set 5 | 18 USC 924(c)  | Firearm in furtherance                   | 5, 6     | felony                     |
|       |                |                                          |          | felony                     |

| | | | |
|---|---|---|---|
| Set 6 | 21 USC 856 | Maintaining drug premises | 7 | felony |
| Set 7 | 21 USC 843(b) | Use communication facility | 8 | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                                      U.S. District Court

**Place of Offense:**                    Under Seal: Yes X  No _____     **Judge Assigned:** _____ **Allen** _____

City _____ Superseding Indictment    yes_____ **Criminal Number:** 4:23CR54

County/Parish  Newport News  Same Defendant  _____  Yes_____

Magistrate Judge Case Number  _____ **Arraignment Date:** _____

Search Warrant Case Number  _____

R 20/R 40 from District of  _____

**Defendant Information:**

Juvenile -- Yes ___ No X  FBI # _____

**Defendant Name:** ZURI ANTHONY DRE'-OLIVER REEVES      **Alias Name(s)** Zu, "ZuWaap" _____

**Address:** _____

**Employment:** _____

Birth date 1/1997  SS# 2496  Sex M  **Def** Race  Black  **Nationality** US _____ **Place of Birth** US _____

Height _____ Weight ___ Hair BLACK  Eyes BR _____ **Scars/Tattoos** _____

Interpreter: X No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody  ___ On Pretrial Release  ___ Not in Custody

X Arrest Warrant Requested  ___ Fugitive  ___ Summons Requested

___ Arrest Warrant Pending  X Detention Sought  ___ Bond _____

**Defense Counsel Information:**

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_____      Office of Federal Public Defender should not be appointed due to conflict of
                   X   interest

                      CJA attorney _____ should not be appointed due to conflict of
_____                 interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____ Telephone No:  591-4000 _____  Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 848 | CCE | 1 | felony |
| Set 2 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 3 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 4 | 21 USC 841 | PWID cocaine fentanyl marijuana | 14 | felony |
| Set 5 | 18 USC 924(c) | Firearm in furtherance | 15, 16 | felony |
| | | | | felony |

Set 6   21 USC 843(b)        Use communication facility        17        felony

Set 7                                                                    felony

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                   U.S. District Court

| | | |
|---|---|---|
| **Place of Offense:** | Under Seal:Yes X  No _____ | **Judge Assigned:** _____ **Allen** |
| City _____ | Superseding Indictment   yes _____ | **Criminal Number:** 4:23CR54 |
| County/Parish  Newport News  Same Defendant _____ | | Yes |
| | Magistrate Judge Case Number _____ | **Arraignment Date:** _____ |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Juvenile -- Yes ___ No X ___ FBI # _____

Defendant Name: Amanda Bell          Alias Name(s) _____

Address: _____

Employment: _____

Birth date 3/2001     SS# 8088     Sex F   **Def** Race   Black     **Nationality**  US _____ **Place of Birth** US _____

Height _____ Weight _____ Hair BLACK   Eyes BR _____ **Scars/Tattoos** _____

Interpreter: X  No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

X  Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     X  Detention Sought     ___ Bond _____

**Defense Counsel Information:**

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_____ X _____ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____ Telephone No:   591-4000 _____ Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger _____

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 21 USC 841 | Distribute fentanyl | 18 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 19 | felony |
| Set 4 | _____ | | | felony |
| Set 5 | _____ | | | felony |
| | _____ | | | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                    U.S. District Court

**Place of Offense:**            Under Seal: Yes <u>X</u>  No _____    Judge Assigned: _____<u>Allen</u>_____

City _____   Superseding Indictment   <u>yes</u>   **Criminal Number:** <u>4:23CR54</u>

County/Parish <u>Newport News</u>  Same Defendant _____   <u>Yes</u>

Magistrate Judge Case Number _____

**Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

## Defendant Information:

Juvenile -- Yes ___ No <u>X</u>  FBI # _____

**Defendant Name:** <u>**DILQUON BEST**</u>    Alias Name(s) <u>a/k/a "Quon" a/k/a "DQ"</u>

Address: _____

Employment: _____

Birth date <u>12/1991</u>   SS# <u>3113</u>   Def Sex <u>M</u>  Race <u>Black</u>   Nationality <u>US</u>   Place of Birth <u>US</u>

Height _____  Weight _____  Hair <u>BLACK</u>   Eyes <u>BR</u>   Scars/Tattoos _____

   Interpreter: <u>X</u> No ___ Yes List language and/or dialect: _____

## Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

<u>X</u> Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   <u>X</u> Detention Sought   ___ Bond _____

## Defense Counsel Information:

Name: _____   _____ Court Appointed

Address: _____   _____ Retained

Telephone: _____   _____ Public Defender

_____   <u>X</u> _____ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA <u>Eric M. Hurt</u>   Telephone No: <u>591-4000</u>   Bar #<u>35765</u>

## Complainant Agency, Address & Phone Number  or Person & Title:

 <u>FBI S/A Jason Holsinger</u>

## U.S.C. Citations:

|        | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|--------|--------------|-------------------------------|----------|----------------------------|
| Set 1  | 21 USC 848   | CCE                           | 1        | felony                     |
| Set 2  | 21 USC 846   | Consp to Dist cocaine, marijuana fentanyl | 2 | felony          |
| Set 3  | 18 USC 1956(h) | Consp to launder money       | 3        | felony                     |
| Set 4  | 21 USC 841   | PWID cocaine fentanyl marijuana | 20     | felony                     |
| Set 5  | 21 USC 843(b) | Use communication facility    | 21       | felony                     |
|        |              |                               |          | felony                     |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                                 **U.S. District Court**

**Place of Offense:**          Under Seal:Yes X_ No ____    Judge Assigned: _____ Allen _____

City _____ Superseding Indictment    yes ____ **Criminal Number:** 4:23CR54 _____

County/Parish  Newport News  Same Defendant _____      Yes _____

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X_ FBI # _____

Defendant Name: **STEPFON LAMOUNT BUMPHUS** _____    Alias Name(s) a/k/a "Fon" _____

Address: _____

Employment: _____

Birth date 2/1989 ___ SS# 3831 ___ Sex M_ **Def** Race  Black ___ Nationality  US _____ Place of Birth  US _____

Height _____ Weight ___ Hair BLACK ___ Eyes BR ___ Scars/Tattoos _____

Interpreter:X_ No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody     ___ On Pretrial Release     ___ Not in Custody

X_ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested

___ Arrest Warrant Pending     X_ Detention Sought     ___ Bond _____

**Defense Counsel Information:**

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_____   X   Office of Federal Public Defender should not be appointed due to conflict of interest

                       CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____    Telephone No:  591-4000 _____    Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|---------------------------|
| Set 1 | 21 USC 846   | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841   | PWID cocaine fentanyl marijuana | 22 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 23 | felony |
| Set 5 |              |                                |          | felony |
|       |              |                                |          | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet <span style="float:right">U.S. District Court</span>

**Place of Offense:**      Under Seal:Yes X_ No____    **Judge Assigned:** _____ **Allen**

City _____ Superseding Indictment   yes_____ **Criminal Number:** 4:23CR54

County/Parish Newport News_ Same Defendant _____   Yes_____

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X___ FBI # _____

**Defendant Name:** **DAMIAN DESHAWN GAY**_____   **Alias Name(s)** a/k/a "Hatch"_____

Address: _____

Employment: _____

Birth date 2/1989    SS# 3831 '   Sex M   **Def** Race Black___   Nationality US____   Place of Birth US____

Height _____ Weight ___ HairBLACK__ EyesBR___   Scars/Tattoos _____

     Interpreter:X_No ____Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody   ___On Pretrial Release   ___Not in Custody

X_Arrest Warrant Requested   ___Fugitive   ___Summons Requested

___Arrest Warrant Pending   X_Detention Sought   ___Bond _____

**Defense Counsel Information:**

Name: _____   _____Court Appointed

Address: _____   _____Retained

Telephone:_____   _____Public Defender

_____   X_____ Office of Federal Public Defender should not be appointed due to conflict of interest

     _____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA Eric M. Hurt_____   Telephone No:   591-4000_____   Bar #35765_____

**Complainant Agency, Address & Phone Number or Person & Title:**

  FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID Marijuana | 24 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 25 | felony |
| Set 5 | 18 USC 924 | Firearm in furtherance drugs | 26 | felony |
| Set 6 | 18 USC 1952 | Interstate travel aid of racketeering | 27 | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**                Under Seal:Yes <u>X</u>  No _____   **Judge Assigned:** _____ **Allen** _____

City _____ Superseding Indictment      yes _____ **Criminal Number:** 4:23CR54

County/Parish <u>Newport News</u> Same Defendant _____   Yes _____

Magistrate Judge Case Number _____**Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No <u>X</u>___ FBI # _____

**Defendant Name:** <u>Andrea Hunt</u>_____   Alias Name(s)_____

**Address:** _____

**Employment:** _____

Birth date <u>11/1994</u>___ SS# <u>5176</u>_____ Sex <u>F</u>___ **Def** Race ___ Black ___   Nationality  US _____   Place of Birth  US _____

Height _____ Weight _____ Hair BLACK_____ Eyes BR_____   Scars/Tattoos _____

   Interpreter:<u>X</u> No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

<u>X</u>_Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    ___Detention Sought    <u>X</u>_Bond _____

**Defense Counsel Information:**

Name: _____    _____Court Appointed

Address: _____    _____Retained

Telephone:_____    _____Public Defender

_____    <u>X</u>_____ Office of Federal Public Defender should not be appointed due to conflict of interest

_____    _____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  <u>Eric M. Hurt</u>_____    Telephone No:   <u>591-4000</u>_____    Bar #<u>35765</u>_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 <u>FBI S/A Jason Holsinger</u>

**U.S.C. Citations:**

|       | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|-------|------------------|-----------------------------------|--------------|-------------------------------|
| Set 1 | 21 USC 846 ˙     | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 21 USC 843(b)    | Use communication facility         | 28           | felony                        |
| Set 3 | 18 USC 1503      | Obstruction of Justice             | 29           | felony                        |
| Set 4 | _____ |                                   |              | felony                        |
| Set 5 | _____ |                                   |              | felony                        |
|       | _____ |                                   |              | felony                        |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                    U.S. District Court

**Place of Offense:**                    Under Seal: Yes  X   No _____     Judge Assigned: _____ **Allen**

City _____ Superseding Indictment    yes _____ Criminal Number: 4:23CR54

County/Parish  Newport News  Same Defendant _____     Yes

Magistrate Judge Case Number _____     **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No  X   FBI # _____

**ERVIN ORLANDO**            Alias

Defendant Name: **LINARES** _____  Name(s)  a/k/a "Erv" _____

Address: _____

Employment: _____

Birth date 10/1999   SS# 2386 ___ Sex  M   **Def** Race  Black   Nationality  US ___ Place of Birth  US

Height _____ Weight ___ Hair BLACK ___ Eyes BR ___ Scars/Tattoos _____

Interpreter: X  No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X  Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    X  Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____ ___ Court Appointed

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender

_____ X ___ Office of Federal Public Defender should not be appointed due to conflict of interest

___ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt ___ Telephone No:  591-4000 ___     Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|---------------------------|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID marijuana | 30 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 32 | felony |
| Set 5 | 18 USC 1952 | Interstate travel in aid racketeering | 31 | felony |
|       |              |                                |          | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                              **U.S. District Court**

**Place of Offense:**                    Under Seal:Yes X   No ____        Judge Assigned: _____ **Allen** _____

City _____   Superseding Indictment    yes ____   **Criminal Number:** 4:23CR54 _____

County/Parish  Newport News   Same Defendant  _____   Yes _____

Magistrate Judge Case Number  _____  **Arraignment Date:** _____

Search Warrant Case Number  _____

R 20/R 40 from District of  _____

**Defendant Information:**

Juvenile --Yes ___ No X   FBI # _____

**BRANDON LAMAR**                 Alias

**Defendant Name:** **MARTIN** _____   Name(s) a/k/a "Lil B"

**Address:** _____

**Employment:** _____

| | **Def** | | | | |
|---|---|---|---|---|---|
| Birth date 6/1986 | SS# 9900 | Sex M | Race Black | Nationality US | Place of Birth US |

Height _____ Weight _____   Hair BLACK   Eyes BR ____   Scars/Tattoos _____

Interpreter: X  No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X  Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    X  Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____   _____ Court Appointed

Address: _____   _____ Retained

Telephone: _____   _____ Public Defender

_____   X  _____ Office of Federal Public Defender should not be appointed due to conflict of interest

CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____   Telephone No:  591-4000 _____   Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID marijuana | 33 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 34 | felony |
| Set 5 | 18 USC 924 | Firearm in furtherance | 35, 36 | felony |
| | 18 USC 1952 | Interstate travel in aid racketeering | 37 | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                    U.S. District Court

**Place of Offense:**                Under Seal:Yes _X_  No _____     Judge Assigned: _____**Allen**_____

City _____ Superseding Indictment    _yes_    **Criminal Number:** 4:23CR54

County/Parish  Newport News   Same Defendant _____    Yes_____

                                Magistrate Judge Case Number _____ **Arraignment Date:** _____

                                Search Warrant Case Number  _____

                                R 20/R 40 from District of  _____

**Defendant Information:**

Juvenile --Yes ___ No _X_  FBI # _____

                          **CARL EUGENE**            Alias
**Defendant Name:** **MITCHELL, JR.**_____   Name(s) **a/k/a "Lil Man"**_____

**Address:** _____

**Employment:** _____

                                               **Def**
Birth date 6/1996 ___ SS# _6527_____ Sex _M_ Race   Black___ **Nationality** US _____ **Place of Birth** US____

Height _____ Weight _____ Hair BLACK___ Eyes BR____ Scars/Tattoos _____

    Interpreter:_X_ No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody   ___On Pretrial Release   ___Not in Custody

_X_Arrest Warrant Requested   ___Fugitive   ___Summons Requested

___Arrest Warrant Pending   _X_Detention Sought   ___Bond _____

**Defense Counsel Information:**

Name: _____  _____Court Appointed

Address: _____  _____Retained

Telephone: _____  _____Public Defender

                                    Office of Federal Public Defender should not be appointed due to conflict of
_____              _X_  interest

                                    CJA attorney _____ should not be appointed due to conflict of
                              _____interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____  Telephone No:  591-4000 _____  Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|-------------------------------|----------|---------------------------|
| Set 1 | 21 USC 846   | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841   | PWID cocaine fentanyl marijuana | 38 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 39 | felony |
| Set 5 | 18 USC 1952  | Interstate travel in aid of racketeering | ·40 | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**    Under Seal:Yes _X_ No _____    **Judge Assigned:**    **Allen**

City _____ Superseding Indictment   _yes_    **Criminal Number:** 4:23CR54

County/Parish _Newport News_ Same Defendant _____    Yes

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

## Defendant Information:

Juvenile --Yes ___ No _X_ FBI # _____

**Defendant Name:** **EARVIN JEROME MOORE**    Alias Name(s) _a/k/a "Gooch"_____

Address: _____

Employment: _____

Birth date _6/1996_ SS# _6527_ Sex _M_ Race _Black_ Nationality _US_ Place of Birth _US_

Height _____ Weight ____ Hair_BLACK_ Eyes_BR_ Scars/Tattoos _____

Interpreter:_X_ No ____ Yes List language and/or dialect: _____

## Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond _____

## Defense Counsel Information:

Name: _____ ___ Court Appointed

Address: _____ ___ Retained

Telephone: _____ ___ Public Defender

_X_ Office of Federal Public Defender should not be appointed due to conflict of interest

___ CJA attorney _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA _Eric M. Hurt_ Telephone No: _591-4000_ Bar #35765

## Complainant Agency, Address & Phone Number or Person & Title:

FBI S/A Jason Holsinger

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID cocaine fentanyl marijuana | 41 | felony |
| Set 4 | 21 USC 856 | Maintaining drug premises | 42 | felony |
| Set 5 | 21 USC 843(b) | Use communication facility | 43 | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

# U.S. District Court

__Place of Offense:__      Under Seal: Yes _X_ No _____    __Judge Assigned:__     __Allen__

City _____ Superseding Indictment   yes _____ __Criminal Number:__ 4:23CR54

County/Parish __Newport News__ Same Defendant _____ Yes

Magistrate Judge Case Number _____ __Arraignment Date:__ _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

## Defendant Information:

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: __FREDDIE JAMAUL MOORE__    Alias Name(s) __a/k/a "Goons"__ _____

Address: _____

Employment: _____

Birth date __5/1986__ SS# __6653__ Sex __M__ Def Race __Black__ Nationality __US__ Place of Birth __US__

Height _____ Weight _____ Hair __BLACK__ Eyes __BR__ Scars/Tattoos _____

Interpreter: _X_ No ____ Yes List language and/or dialect: _____

## Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

_X_ Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    _X_ Detention Sought    ___ Bond _____

## Defense Counsel Information:

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_____    _X_ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

## U.S. Attorney Information:

AUSA __Eric M. Hurt__    Telephone No: __591-4000__    Bar #35765

## Complainant Agency, Address & Phone Number or Person & Title:

__FBI S/A Jason Holsinger__

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID cocaine fentanyl marijuana | 44 | felony |
| Set 4 | 18 USC 924 | Firearm in furtherance | 45, 46 | felony |
| Set 5 | 21 USC 843(b) | Use communication facility | 47 | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**               Under Seal: Yes X   No _____      Judge Assigned: _____ **Allen**

City _____ Superseding Indictment    yes _____ **Criminal Number:** 4:23CR54

County/Parish  Newport News   Same Defendant _____     Yes _____

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X   FBI # _____

Defendant Name: **DOMINIQUE MCKENZIE OSBORNE**    Alias Name(s) _____

Address: _____

Employment: _____

Birth date 8/1999   SS# 3757   Sex F   **Def** Race  Black   Nationality  US   Place of Birth  US

Height _____ Weight _____ Hair BLACK   Eyes BR   Scars/Tattoos _____

   Interpreter: X  No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

X  Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____   _____ Court Appointed

Address: _____   _____ Retained

Telephone: _____   _____ Public Defender

_____   X  Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt   Telephone No:  591-4000   Bar #35765

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 48 | felony |
| Set 4 | | | | felony |
| Set 5 | | | | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                      **U.S. District Court**

**Place of Offense:**          Under Seal:Yes _X_ No _____     Judge Assigned: _____ **Allen** _____

City _____ Superseding Indictment   _yes_____ **Criminal Number:** 4:23CR54

County/Parish _Newport News_ Same Defendant _____   Yes _____

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _____

**RAHKIM ONEIL**                      Alias

**Defendant Name:** **PERRY** _____      Name(s) _a/k/a "Rahk"_ _____

Address: _____

Employment: _____

**Def**

Birth date 2/1998    SS# _6652_    Sex M   Race  Black     Nationality  US _____ Place of Birth  US ____

Height _____ Weight ____ Hair BLACK   Eyes BR ____  Scars/Tattoos _____

    Interpreter: _X_ No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody   ___On Pretrial Release   ___Not in Custody

_X_ Arrest Warrant Requested   ___Fugitive   ___Summons Requested

___Arrest Warrant Pending   _X_ Detention Sought   ___Bond _____

**Defense Counsel Information:**

Name: _____ _____Court Appointed

Address: _____ _____Retained

Telephone: _____ _____Public Defender

_____      _____Office of Federal Public Defender should not be appointed due to conflict of
_X_ interest

                                    CJA attorney _____ should not be appointed due to conflict of
_____ interest

**U.S. Attorney Information:**

AUSA _Eric M. Hurt_____ Telephone No: _591-4000_____   Bar #35765_____

**Complainant Agency, Address & Phone Number or Person & Title:**

_FBI S/A Jason Holsinger_

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 49 | felony |
| Set 4 | 21 USC 841 | PWID cocaine fentanyl marijuana | 50 | felony |
| Set 5 | 18 USC 1952 | Travel in aid of racketeering | 51 | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet

# U.S. District Court

**Place of Offense:**        Under Seal:Yes _X_ No ____    **Judge Assigned:**      **Allen**

City _____ Superseding Indictment   yes _____ **Criminal Number:** 4:23CR54

County/Parish  Newport News   Same Defendant _____    Yes

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No _X_   FBI # _____

Defendant Name: **GRACIELA RUIZ-BERNABE**    Alias Name(s) **a/k/a "Grace"** _____

Address: _____

Employment: _____

Birth date 4/1990   SS# 0161   Sex F   **Def** Race  Hispanic   Nationality  US    Place of Birth  US

Height _____ Weight ____ Hair BLACK   Eyes BR   Scars/Tattoos _____

    Interpreter: X No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    X Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_____   X Office of Federal Public Defender should not be appointed due to conflict of interest

    _____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____ Telephone No:  591-4000     Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

  FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID marijuana | 52 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 53 | felony |
| Set 5 | | | | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                                  **U.S. District Court**

**Place of Offense:**                    Under Seal:Yes X   No _____    Judge Assigned: _____ Allen _____

City _____    Superseding Indictment    yes _____   **Criminal Number:** 4:23CR54

County/Parish  Newport News   Same Defendant _____     Yes _____

Magistrate Judge Case Number _____   **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X __ FBI # _____

**Defendant Name:** NATHAN CALEB SCHLOSSER-GOODSON    **Alias Name(s)** a/k/a "Nasty"

Address: _____

Employment: _____

Birth date 6513    SS# 6513    Sex M   **Def Race** Black    Nationality US _____    Place of Birth US _____

Height _____  Weight _____   HairBLACK    EyesBR _____   Scars/Tattoos _____

   Interpreter:X  No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

X  Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    X Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____    _____Court Appointed

Address: _____    _____Retained

Telephone: _____    _____Public Defender

_____    X ____ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____   Telephone No:  591-4000 _____    Bar #35765 _____

**Complaint Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|  | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 54 | felony |
| Set 4 | 21 USC 841 | PWID marijuana | 55 | felony |
| Set 5 | 18 USC 924 | Firearm in furtherance | 56, 57 | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                    **U.S. District Court**

**Place of Offense:**                    Under Seal:Yes X  No ____    **Judge Assigned:** ____ Allen ____

City _____    Superseding Indictment    yes ____    **Criminal Number:** 4:23CR54 ____

County/Parish  Newport News   Same Defendant _____    Yes ____

                              Magistrate Judge Case Number _____  **Arraignment Date:** _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X ___FBI # _____

**Defendant Name:** **CAMILLE LACHE SMITH** ____    Alias Name(s) _____

**Address:** _____

**Employment:** _____

                                   **Def**
Birth date 6/1993 ___ SS# 2138 ___ Sex F ___ Race  Black ___ **Nationality** US ___ **Place of Birth** US ___

Height ___ Weight ___ Hair BLACK ___ Eyes BR ___ **Scars/Tattoos** _____

    Interpreter: X No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    X Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    ____ Court Appointed

Address: _____    ____ Retained

Telephone: _____    ____ Public Defender

                         Office of Federal Public Defender should not be appointed due to conflict of
              X          interest

                         CJA attorney _____ should not be appointed due to conflict of
              ____       interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt ____    Telephone No: 591-4000 ____    Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|-------------|-------------------------------|----------|---------------------------|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 58 | felony |
| Set 4 | | | | felony |
| Set 5 | | | | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                     U.S. District Court

**Place of Offense:**                Under Seal: Yes X  No _____    **Judge Assigned:** _____ **Allen** _____

City _____ Superseding Indictment    yes _____ **Criminal Number:** 4:23CR54

County/Parish  Newport News  Same Defendant _____    Yes _____

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X  FBI # _____

**Defendant Name:** ANASTASIA SUYAS      **Alias Name(s)** _____

Address: _____

Employment: _____

Birth date 5/1998  SS# 3465  Sex F  **Def** Race  Hispanic  Nationality  US _____  Place of Birth  US _____

Height _____ Weight _____ Hair BLACK  Eyes BR _____ Scars/Tattoos _____

Interpreter: X No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release      ___ Not in Custody

X Arrest Warrant Requested   ___ Fugitive            ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought       ___ Bond _____

**Defense Counsel Information:**

Name: _____  _____ Court Appointed

Address: _____  _____ Retained

Telephone: _____  _____ Public Defender

_____      Office of Federal Public Defender should not be appointed due to conflict of
                                  X   interest

                                      CJA attorney _____ should not be appointed due to conflict of
                                  _____ interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt _____ Telephone No:  591-4000 _____  Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 843(b) | Use communication facility | 59 | felony |
| Set 4 | | | | felony |
| Set 5 | | | | felony |
| | | | | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                   U.S. District Court

| **Place of Offense:** | Under Seal:Yes X  No _____ | Judge Assigned: | **Allen** |
|---|---|---|---|

City _____ Superseding Indictment    yes _____ **Criminal Number:** 4:23CR54

County/Parish  Newport News  Same Defendant _____    Yes

Magistrate Judge Case Number _____ **Arraignment Date:** _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No X  FBI # _____

Defendant Name: **NYRA TAYLOR**   Alias Name(s) _____

Address: _____

Employment: _____

Birth date 6/1996   SS# 12/1999   Sex F   Def Race  Black   Nationality  US   Place of Birth  US

Height _____ Weight _____ Hair BLACK   Eyes BR _____   Scars/Tattoos _____

Interpreter: X  No _____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    X Detention Sought    ___ Bond _____

**Defense Counsel Information:**

Name: _____    _____ Court Appointed

Address: _____    _____ Retained

Telephone: _____    _____ Public Defender

_____    X _____ Office of Federal Public Defender should not be appointed due to conflict of interest

_____    _____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt    Telephone No:  591-4000    Bar #35765

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID cocaine fentanyl marijuana | 60 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 61 | felony |
| Set 5 | 18 USC 1952 | Interstate travel in aid of racketeering | 62 | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                    **U.S. District Court**

**Place of Offense:**                        Under Seal:Yes X__ No____    **Judge Assigned:**    ____**Allen**____

City _____Superseding Indictment    yes____**Criminal Number:** 4:23CR54

County/Parish Newport News  Same Defendant _____    Yes_____

                                          Magistrate Judge Case Number _____    **Arraignment Date:** _____

                                          Search Warrant Case Number _____

                                          R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X__ FBI # _____

Defendant Name: **CHRISTINA MICHELE THOMPSON**    Alias Name(s)_____

**Address:** _____

**Employment:** _____

Birth date 8/1997____ SS# 6171____ Sex F__ **Def** Race Black____ **Nationality** US_____ **Place of Birth** US____

**Height** _____ **Weight** ___ **Hair** BLACK___ **Eyes** BR____ **Scars/Tattoos** _____

    Interpreter: X__ No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

X__Arrest Warrant Requested    ___Fugitive    ___Summons Requested

___Arrest Warrant Pending    X__Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____ _____Court Appointed

Address: _____ _____Retained

Telephone:_____ _____Public Defender

_____ X_____Office of Federal Public Defender should not be appointed due to conflict of interest

              _____CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt_____    Telephone No:  591-4000____    Bar #35765_____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|        | **Code/Section** | **Description of Offense Charged** | **Count(s)** | **Capital/Felony/Misd/Petty** |
|--------|------------------|------------------------------------|--------------|-------------------------------|
| Set 1  | 21 USC 846       | Consp to Dist cocaine, marijuana fentanyl | 2     | felony                        |
| Set 2  | 18 USC 1956(h)   | Consp to launder money             | 3            | felony                        |
| Set 3  | 21 USC 843(b)    | Use communication facility         | 63           | felony                        |
| Set 4  |                  |                                    |              | felony                        |
| Set 5  |                  |                                    |              | felony                        |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                        U.S. District Court

**Place of Offense:**

City _____ Superseding Indictment ___yes___ **Criminal Number:** 4:23CR54 _____

**Under Seal:** Yes _X_ No _____   **Judge Assigned:** _____ Allen _____

County/Parish _Newport News_ Same Defendant _____ Yes _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Arraignment Date: _____

**Defendant Information:**

Juvenile -- Yes ___ No _X_ FBI # _____

Defendant Name: **TERRANCE LEONARD VICK** _____ Alias Name(s) _a/k/a "V"_ _____

Address: _____

Employment: _____

Birth date _3/1987_ SS# _1644_ Sex _M_ **Def** Race _Black_ Nationality _US_ **Place of Birth** _US_

Height _____ Weight _____ Hair _BLACK_ Eyes _BR_ Scars/Tattoos _____

Interpreter: _X_ No ___ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

_X_ Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   _X_ Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____ _____ Court Appointed

Address: _____ _____ Retained

Telephone: _____ _____ Public Defender

_X_ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA _Eric M. Hurt_ Telephone No: _591-4000_ Bar #_35765_

**Complaint Agency, Address & Phone Number or Person & Title:**

_FBI S/A Jason Holsinger_

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 18 USC 1952 | Interstate travel in aid of racketeering | 64 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 65 | felony |
| Set 5 | | | | felony |

REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                                      U.S. District Court

| **Place of Offense:** | Under Seal:Yes X  No____ | Judge Assigned:       Allen |
|---|---|---|
| City _____ | Superseding Indictment     yes____ | Criminal Number:4:23CR54 |
| County/Parish  Newport News | Same Defendant _____ | Yes _____ |
| | Magistrate Judge Case Number _____ | Arraignment Date: _____ |
| | Search Warrant Case Number _____ | |
| | R 20/R 40 from District of _____ | |

## Defendant Information:

Juvenile --Yes ___ No X  FBI # _____

Defendant Name: **THADDEUS WILLIAMS IV** ____  **Alias** Name(s) **a/k/a "Thad"** ____

Address: _____

Employment: _____

Birth date 7/1992    SS# 9413 ____ Sex M  **Def** Race  Black    Nationality  US ____  Place of Birth US ____

Height ____  Weight ____  HairBLACK ____  EyesBR ____  Scars/Tattoos _____

Interpreter:X  No ____Yes List language and/or dialect: _____

## Location Status:

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody     ___On Pretrial Release     ___Not in Custody

X  Arrest Warrant Requested     ___Fugitive     ___Summons Requested

___Arrest Warrant Pending     X  Detention Sought     ___Bond _____

## Defense Counsel Information:

| Name: _____ | ____Court Appointed |
|---|---|
| Address: _____ | ____Retained |
| Telephone:_____ | ____Public Defender |
| _____ | X  Office of Federal Public Defender should not be appointed due to conflict of interest |
| | CJA attorney _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

AUSA  Eric M. Hurt _____  Telephone No:  591-4000 ____  Bar #35765 _____

## Complainant Agency, Address & Phone Number  or Person & Title:

FBI S/A Jason Holsinger

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID marijuana | 66 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 67 | felony |
| Set 5 | 18 USC 1952 | Interstate travel in aid of racketeering | 68 | felony |

REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet**                                                    **U.S. District Court**

**Place of Offense:**          Under Seal:Yes X  No____    Judge Assigned: _____Allen_____

City _____  Superseding Indictment    yes_____ Criminal Number: 4:23CR54

County/Parish  Newport News  Same Defendant _____  Yes_____

                              Magistrate Judge Case Number _____ Arraignment Date: _____

                              Search Warrant Case Number _____

                              R 20/R 40 from District of _____

**Defendant Information:**

Juvenile --Yes ___ No X   FBI # _____

**Defendant Name: KOREA WOODS**     Alias Name(s) _____

**Address:** _____

**Employment:** _____

Birth date 2/1997    SS# 3474    Sex F   Def Race  Black    Nationality  US _____ Place of Birth US____

Height _____ Weight _____ HairBLACK   EyesBR____   Scars/Tattoos _____

   Interpreter:X No ____Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___Already in Federal Custody as of _____ in _____

___Already in State Custody    ___On Pretrial Release    ___Not in Custody

X_Arrest Warrant Requested    __Fugitive    ___Summons Requested

___Arrest Warrant Pending    X_Detention Sought    ___Bond _____

**Defense Counsel Information:**

Name: _____    _____Court Appointed

Address: _____    _____Retained

Telephone: _____    _____Public Defender

                            Office of Federal Public Defender should not be appointed due to conflict of
                     X_____ interest

                            CJA attorney _____ should not be appointed due to conflict of
                     _____ interest

**U.S. Attorney Information:**

AUSA  Eric M. Hurt    Telephone No:  591-4000    Bar #35765 _____

**Complainant Agency, Address & Phone Number  or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|-------------------------------|----------|---------------------------|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID cocaine fentanyl marijuana | 69 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 70 | felony |
| Set 5 | 18 USC 1952 | Interstate travel in aid of racketeering | 71 | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                          U.S. District Court

**Place of Offense:**      Under Seal: Yes <u>X</u> No _____    **Judge Assigned:** _____ **Allen** _____

City _____ Superseding Indictment   yes    **Criminal Number:** 4:23CR54 _____

County/Parish   <u>Newport News</u>   Same Defendant _____    Yes _____

      Magistrate Judge Case Number _____ **Arraignment Date:** _____

      Search Warrant Case Number _____

      R 20/R 40 from District of _____

### Defendant Information:

Juvenile -- Yes ___ No <u>X</u>   FBI # _____

Defendant Name: <u>GUANG YANG</u>     Alias Name(s) <u>a/k/a "Ryan"</u> _____

Address: _____

Employment: _____

Birth date <u>11/1996</u>   SS# <u>3428</u>   Sex <u>M</u>   **Def** Race   <u>Asian</u>   Nationality <u>US</u>   Place of Birth <u>US</u>

Height _____ Weight ____ Hair <u>BLACK</u>   Eyes <u>BR</u>    Scars/Tattoos _____

    Interpreter: <u>X</u> No ____ Yes List language and/or dialect: _____

### Location Status:

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

<u>X</u> Arrest Warrant Requested    ___ Fugitive    ___ Summons Requested

___ Arrest Warrant Pending    <u>X</u> Detention Sought    ___ Bond _____

### Defense Counsel Information:

Name: _____    _____ Court Appointed

Address: _____    _____ Retained

Telephone: _____    _____ Public Defender

_____    <u>X</u> Office of Federal Public Defender should not be appointed due to conflict of interest

     _____ CJA attorney _____ should not be appointed due to conflict of interest

### U.S. Attorney Information:

AUSA <u>Eric M. Hurt</u>    Telephone No: <u>591-4000</u>    Bar # <u>35765</u>

### Complainant Agency, Address & Phone Number  or Person & Title:

  <u>FBI S/A Jason Holsinger</u>

### U.S.C. Citations:

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|--------------|--------------------------------|----------|----------------------------|
| Set 1 | 21 USC 846   | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841   | PWID cocaine fentanyl marijuana | <u>72</u> | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 73 | felony |
| Set 5 |              |                                 |          | felony |
|       |              |                                 |          | felony |

REDACTED

JS 45 (11/2002)

## Criminal Case Cover Sheet                                          U.S. District Court

**Place of Offense:**          Under Seal: Yes X  No _____     Judge Assigned: _____ Allen _____

City _____ Superseding Indictment ___ yes ___ Criminal Number: 4:23CR54 _____

County/Parish Newport News  Same Defendant _____ Yes _____

Magistrate Judge Case Number _____ Arraignment Date: _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes ___ No X   FBI # _____

Defendant Name: **ALICIA ZAMORA**     Alias Name(s) _____

Address: _____

Employment: _____

Birth date 9/1983   SS# 2515   Sex F  Race Black   Nationality US _____ Place of Birth US _____

Height _____ Weight ____ Hair BLACK   Eyes BR _____ Scars/Tattoos _____

Interpreter: X No ____ Yes List language and/or dialect: _____

**Location Status:**

Arrest Date _____

___ Already in Federal Custody as of _____ in _____

___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody

X Arrest Warrant Requested   ___ Fugitive   ___ Summons Requested

___ Arrest Warrant Pending   X Detention Sought   ___ Bond _____

**Defense Counsel Information:**

Name: _____   _____ Court Appointed

Address: _____   _____ Retained

Telephone: _____   _____ Public Defender

_____   X ___ Office of Federal Public Defender should not be appointed due to conflict of interest

_____ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA Eric M. Hurt _____ Telephone No: 591-4000 _____   Bar #35765 _____

**Complainant Agency, Address & Phone Number or Person & Title:**

 FBI S/A Jason Holsinger

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 USC 846 | Consp to Dist cocaine, marijuana fentanyl | 2 | felony |
| Set 2 | 18 USC 1956(h) | Consp to launder money | 3 | felony |
| Set 3 | 21 USC 841 | PWID cocaine fentanyl marijuana | 74 | felony |
| Set 4 | 21 USC 843(b) | Use communication facility | 75 | felony |
| Set 5 | 18 USC 1952 | Interstate travel in aid of racketeering | 76 | felony |